UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| JACK BARRON,<br><br>      *Plaintiff-Appellant*,<br><br>v.<br><br>SCVNGR, INC. d/b/a LEVELUP,<br><br>      *Defendant-Appellee*. | Case No. 14-1708 |

### UNOPPOSED MOTION OF DEFENDANT-APPELLEE SCVNGR, INC. D/B/A LEVELUP TO REFORM THE CASE CAPTION

Defendant-Appellee SCVNGR, Inc. d/b/a LevelUp ("LevelUp") respectfully requests, pursuant to Rule 27(h) of the Federal Circuit Rules and Rule 27(b) of the Federal Rules of Appellate Procedure, that the Clerk of the Court reform the caption of the case to remove references to several non-parties.

The caption on the Court's docket in this action incorrectly includes a list of party names alongside "SCVNGR, Inc. d/b/a LevelUp" as the Defendant-Appellee. Specifically, the Court's docket is incorrectly styled as:

>Jack Barron, *Plaintiff-Appellant*,
>
>v.
>
>SCVNGR, INC. DBA LevelUp, Google Ventures, Balderton Capital, Highland Capital Partners, DreamLP Ventures, Bantam Group, Continental Investors, Transmedia Capital, *Defendant-Appellee.*

-2-

This action is an appeal from a patent infringement case filed by Jack Barron against one party: SCVNGR, Inc. d/b/a LevelUp. The District Court action was styled: *Jack Barron v. SCVNGR, Inc. d/b/a LevelUp*. There have never been any parties to the action other than Mr. Barron and SCVNGR, Inc. SCVNGR, Inc. operates under the trade name "LevelUp." SCVNGR, Inc. has never operated under a d/b/a name other than "LevelUp."

The additional eight names appearing in the current case caption alongside "SCVNGR, Inc. d/b/a LevelUp" are all third-party investors in SCVNGR, Inc.: (i) Google Ventures, (ii) Balderton Capital, (iii) Highland Capital Partners, (iv) DreamLP Ventures, (v) Bantam Group, (vii) Continental Investors, and (viii) Transmedia Capital. None of these independent entities was a party to the district court action, and none is a party to this appeal. None of the investors in SCVNGR, Inc. are publicly traded companies.

These eight investor entities were disclosed by SCVNGR, Inc. in the district court action in a Corporate Disclosure Statement filed in August 2013. It appears that the names of these parties were mistakenly added to the caption of this appeal action based on that disclosure statement.

SCVNGR, Inc. therefore requests that the Clerk of this Court reform the caption to: Jack Barron, *Plaintiff-Appellant* v. SCVNGR, Inc. d/b/a LevelUp, *Defendant-Appellee*.

## STATEMENT OF CONSENT

Undersigned counsel for LevelUp states that he contacted counsel for Plaintiff-Appellant Jack Barron by email on December 11, 2014 to discuss this motion, and that Mr. Barron's counsel indicated by response email that Mr. Barron not oppose this motion.

Dated: December 12, 2014

Respectfully Submitted,

*/s/ Brian C. Carroll*
BRIAN C. CARROLL
General Counsel
SCVNGR, Inc. d/b/a LevelUp
101 Arch Street, Suite 400
Boston, MA 02110
(617) 279-2133

PHILIP C. SWAIN
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02120
(617) 832-1000

*Attorneys for Defendant-Appellee
SCVNGR, Inc. d/b/a LevelUp*

# CERTIFICATE OF INTEREST

Counsel for the Defendant-Appellee SCVNGR, Inc. d/b/a LevelUp certify the following:

1. The full name of every party or amicus represented by us is: SCVNGR, Inc. d/b/a LevelUp.

2. The name of the real party in interest represented by us is: SCVNGR, Inc. d/b/a LevelUp

3. Pursuant to Federal Rule of Appellate Procedure 26.1, and Federal Circuit Rules 26.1 and 47.4, SCVNGR, Inc. d/b/a LevelUp states that it does not have a parent corporation and that no publicly held corporation owns more than 10% of SCVNGR, Inc.'s stock.

4. The names of all attorneys, law firms and the partners or associates that appeared for the party or amicus now represented by us in the trial court or agency or are expected to appear in this Court are:

BRIAN C. CARROLL, General Counsel
SCVNGR, Inc. d/b/a LevelUp
101 Arch Street, Suite 400
Boston, MA 02110
(617) 279-2133
bcarroll@thelevelup.com

PHILIP C. SWAIN
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02120
(617) 832-1000
pswain@foleyhoag.com

Dated: December 12, 2014

By: */s/ Brian C. Carroll*
Brian C. Carroll

## CERTIFICATE OF SERVICE

      I hereby certify that I filed the foregoing Brief for Defendant-Appellee SCVNGR, Inc. d/b/a LevelUp with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system this 12 th day of December, 2014, and served a copy on counsel of record by the CM/ECF system and by electronic mail to the parties on the service list below.

      John O. Mirick, Esq.
      jmirick@mirickoconnell.com
      David L. Fine, Esq.
      dfine@mirickoconnell.com
      Mirick, O'Connell, DeMallie & Lougee, LLP
      100 Front Street
      Worcester, MA 01608
      (508) 791-8500

Dated: December 12, 2014    */s/ Brian C. Carroll*
                                                                    BRIAN C. CARROLL
                                                                    General Counsel
                                                                    SCVNGR, Inc. d/b/a LevelUp
                                                                  101 Arch Street, Suite 400
                                                                  Boston, MA 02110
                                                                  (617) 279-2133
                                                                  BCarroll@thelevelup.com

                                                                  *Attorney for Defendant-Appellee*
                                                                  *SCVNGR, Inc. d/b/a LevelUp*